FILED
CLERK, U.S. DISTRICT COURT

9/30/2019

CENTRAL DISTRICT OF CALIFORNIA
BY:   CW   DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JULIE HINDS,<br><br>          Plaintiff,<br><br>      v.<br><br>LIFE INSURANCE COMPANY OF NORTH AMERICA<br><br>          Defendant. | Case No. ED CV 18-0775 FMO (SHKx)<br><br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Reversing and Remanding Administrative Determination Re: ERISA Benefits, filed contemporaneously with the filing of this judgment, IT IS ADJUDGED that the Plan's denial of plaintiff's long-term disability benefits under the terms of the Plan is hereby reversed. The matter shall be remanded for the payment of past due benefits to plaintiff.

Dated this 30th day of September, 2019.

                                                                /s/
                                          Fernando M. Olguin
                                        United States District Judge